## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason Hopkin, being first duly sworn, depose and state as follows:

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Park County Sheriff's Office, Missouri River Drug Task Force, and assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Billings, Montana Field Office as a Federally Deputized Task Force Officer (TFO). I have been employed with the Park County Sheriff's Office since February 2008. I was Federally Deputized as a TFO for ATF in August 2021. Your Affiant has over one thousand (1000) hours of Montana Public Safety Officers Standards and Training (POST) certified trainings. Your Affiant currently holds his basic, intermediate, advanced, and instructor certificates from the Montana POST council. Your affiant graduated from the Montana Law Enforcement Academy in June 2008. Your Affiant is involved in the investigation of a suspected violation of Federal law by Jeramiah Kayson GOHDE, a convicted felon under supervision of Montana Probation and Parole found to be in possession of a firearm.

## DESCRIPTION

2. This Affidavit is submitted in support of a Criminal Complaint requested for Jeramiah Kayson GOHDE, charging him with Possession of a Firearm and/or Ammunition in violation of Title 18, United States Code, Section 922(g)(1). The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an ATF Task Force

Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all the facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## PROBABLE CAUSE

3. On December 9, 2021, your Affiant was informed of an arrest of Jeramiah Kayson GOHDE in Bozeman, Montana. At approximately 1504 hours, Bozeman Police Department (BPD) officers were dispatched to a welfare check of a vehicle parked idling outside of 3237 North 27th Avenue, Bozeman, MT and the driver was slumped over in the driver's seat and the vehicle had been there since 0700 hours.

4. BPD Officer Scott Vongehr and BPD Sergeant Justin Chaffins responded and located the running vehicle parked in front of the address. Officers recognized GOHDE from numerous law enforcement contacts, identified GOHDE as having a valid arrest warrant, and on Montana State Probation. Officers had difficulty waking GOHDE who was slumped over the steering wheel of the running vehicle. When GOHDE was exiting the vehicle, Sergeant Chaffins saw a blue glass pipe consistent with methamphetamine ingestion on the driver's seat where GOHDE was seated. Sergeant Chaffins also saw a partially open black backpack on the front passenger seat.

5. Sergeant Chaffins contacted Montana Probation and Parole Officer Jamie Michel, who authorized a search of the vehicle. Sergeant Chaffins and BPD Officer Robert Vanuka conducted the probation search. Prior to transport, GOHDE was read his rights pursuant to Miranda, and invoked his rights to not speak. Officer Vongher noted GOHDE made a excited utterance statement of something to the effect of "There are multiple felonies

in that bag" and indicated the bag had methamphetamine and heroin. Officer Vongehr transported GOHDE to the Gallatin County Detention Center.

6. Officers located the following during the course of the probation search: numerous small plastic bags, used syringes, alcohol swabs, tinfoil with residue, straws with burn marks, multiple glass pipes with residue (one of which tested positive for methamphetamine with a presumptive test), a digital scale, numerous plastic bags with brown paste like substances (one of which tested positive for heroin with a presumptive test), on plastic bag with a dark granular substance weighing approximately 7.7 grams, one bag with tan substance weighing approximately 0.7 grams, and a plastic bag contained approximately 17.4 grams of a crystalline substance that tested positive for methamphetamine with a presumptive test. Officer Vanuka located a recyclable grocery bag sticking out from under the front passenger seat, pointing out to the rear passenger seat. Inside the recyclable grocery bag, Officer Vanuka located a short barreled Rossi, model unknown, 410 caliber break action single barreled shotgun, serial number obliterated, with a cut grip wrapped in tape and in a small leather scabbard. Officer Vanuka located two 410 caliber shotgun shells in the bottom of the scabbard. Officer Vanuka attempted to locate a serial number and was unable to locate one as it appeared the serial number was obliterated with circular tool marks evident.

7. GOHDE was charged with Montana Code Annotated 45-9-103(2) Criminal Possession of Dangerous Drugs with Intent to Distribute and Violation of Probation conditions. While being booked into the Gallatin County Detention Center, Detention Officers located tin foil with burnt residue in GOHDE's pant coin pocket.

8. Your Affiant reviewed GOHDE's criminal history and observed he was currently under the supervision of Montana Probation and Parole. GOHDE's criminal history also revealed the following felony convictions:

   a. DC-19-190 – Criminal Possession of Dangerous Drugs (felony), convicted May 26, 2020, Gallatin County District Court, Montana.

   b. DC-2020-115 – Criminal Possession of Dangerous Drugs with Intent to Distribute (felony), convicted October 21, 2020, Missoula County District Court, Montana.

9. On December 14, 2021, your Affiant received and reviewed GOHDE's Montana Department of Corrections Conditions of Probation and Parole, signed by GOHDE on May 19, 2020, and Firearms Regulations, signed by GOHDE on May 19, 2020. Both documents reflect GOHDE acknowledged he was prohibited from possessing firearms.

10. Through your Affiant's training and experience, your Affiant is aware the Rossi, model unknown, 410 caliber break action single shot shotgun, serial number obliterated, is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3), and was not manufactured in the State of Montana, and therefore traveled in or affected interstate commerce.

## IV.   CONCLUSION

11. Based on my training and experience, and the foregoing facts, I believe there is probable cause that Jeramiah Kayson GOHDE violated Title 18, United States Code, Section 922(g)(1), Possession of a Firearm and/or Ammunition by a Prohibited Person

on December 9, 2021. This aforementioned offense occurred while in the city of Bozeman, in the State and District of Montana.

12. I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____  
Jason Hopkin  
ATF Task Force Officer

12/15/2021  
Date

SUBSCRIBED TO AND SWORN BEFORE ME THIS 15th day of December, 2021.

_____  
Honorable Judge Timothy J. Cavan  
United States Magistrate Judge  
District of Montana